ACCEPTED
03-14-00707-CR
4771596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 1:41:15 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00707-CR

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 1:41:15 PM
JEFFREY D. KYLE
Clerk

DEVIN DESEAN SIMMONS,
*Defendant-Appellant*,

v.

THE STATE OF TEXAS,
*Plaintiff-Appellee*.

On Appeal from the 264th Judicial District Court
Trial Court Case No. 71988-D

**APPELLANT'S
MOTION FOR EXTENSION
OF TIME TO FILE INITIAL BRIEF**

Robert L. Sirianni, Jr., Esq.
Texas Bar No. 24086378
The Law Offices of Robert Sirianni
201 N. New York Ave., Suite 200
Winter Park, Florida 32789
(p) 407-388-1900
(f) 407-622-1511
*Counsel for Defendant-Appellant*

**April 6, 2015**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

**COMES NOW, DEFENDANT-APPELLANT DEVIN DESEAN SIMMONS**, through undersigned counsel in the above-styled cause, and respectfully submits this Motion for Extension of Time to File Initial Brief, and as grounds would show unto the Court the following:

1.      The initial Brief is currently due on April 9, 2015.

2.      Due to difficulty with the institution in which Defendant-Appellant Devin Desean Simmons is currently incarcerated, undersigned counsel has not been able to schedule a legal call to consult with Defendant-Appellant regarding his Initial Brief.

3.      Accordingly, in an abundance of caution, Defendant-Appellant Devin Desean Simmons respectfully requests that this Court grant a 30-day extension of time, up to and including May 9, 2015, to file the Initial Brief in this cause.

4.      This extension of time is not requested for the purpose of delay, but so that the issues on appeal are presented in the clearest and most effective manner so that justice may be done in this cause. This is Defendant-Appellant's first request for an extension of time.

**WHEREFORE, Premises Considered**, Defendant-Appellant respectfully requests the entry of an order granting a 30-day extension of time, up to and

1

including May 9, 2015, to file the Initial Brief and to provide such further and other relief that the Court may deem just, fair and equitable.

Respectfully Submitted,

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr.
The Law Offices of Robert Sirianni
Texas Bar No. 24086378
201 N. New York Ave., Suite 200
Winter Park, Florida 32789
(p) 407-388-1900
(f) 407-622-1511
*Counsel for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

Undersigned hereby certifies that on this 6th day of April, 2015, the foregoing document has been served by U.S. Mail, first-class postage prepaid, upon the following:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.


**CERTIFICATE OF CONFERENCE**

On April 6, 2015, the office of undersigned conferred with attorney Bob D. Odom.  Mr. Odom does not oppose this motion.

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esq.